UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MARK S. SMITH,<br><br>    Defendant - Appellee. | No. 22-10353<br><br>D.C. No. 1:17-cr-00020-1<br>U.S. District Court of Guam<br><br>**ORDER** |

The appellant's unopposed motion (Docket Entry No. 4) for an extension of time to file the opening brief is granted. The appellant's opening brief is due May 30, 2023; the appellee's answering brief is due June 29, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7