FILED

MAY 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10353 |
| Plaintiff-Appellant, | D.C. Nos. 1:17-cr-00020-1 |
| v. | 1:17-cr-00020 |
| MARK S. SMITH, | District of Guam, Agana |
| Defendant-Appellee. | ORDER |

The appellant's unopposed motion (Docket Entry No. 6) for a second extension of time to file the opening brief is granted.

The opening brief is due July 14, 2023. The answering brief is due August 14, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133