UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    22-10353 |
| Plaintiff-Appellant, | D.C. Nos. 1:17-cr-00020-1 |
| | 1:17-cr-00020 |
| v. | District of Guam, |
| | Agana |
| MARK S. SMITH, | |
| Defendant-Appellee. | ORDER |

The appellant's unopposed motion (Docket Entry No. 8) for a third

extension of time to file the opening brief is granted.

The opening brief is due August 14, 2023.  The answering brief is due

September 13, 2023.  The optional reply brief is due within 21 days after service of

the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT