| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>AUG 2 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>MARK S. SMITH,<br><br>        Defendant-Appellee. | No.   22-10353<br><br>D.C. Nos.   1:17-cr-00020-1<br>                 1:17-cr-00020<br>District of Guam,<br>Agana<br><br>ORDER |

Appellant's motion (Docket Entry No. 10) for a fourth extension of time to file the opening brief is granted.

The opening brief is due September 13, 2023. Due to the length of prior extensions, the court is not inclined to grant further motions for an extension of time to file the opening brief absent extraordinary and compelling circumstances.

The answering brief is due October 13, 2023. The optional reply brief is due within 21 days after service of the answering brief.

                      FOR THE COURT:

                      MOLLY C. DWYER<br>
                      CLERK OF COURT

OSA167